**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

TEUDY M. FERNANDEZ,

                         **Plaintiff,**

            **-against-**

PRICHARD INDUSTRIES, INC.,

                     **Defendant.**

--------------------------------------------------------- x

        **26-cv-4062 (ALC)**

        **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 15, 2026, Plaintiff filed complaint his in this action alleging job discrimination.

On June 8, 2026, Plaintiff filed a request for leave to file a motion to dismiss.   Plaintiff is

ordered to respond to this request by June 16, 2026.

**SO ORDERED.**

**Dated:   June 11, 2026**
       **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**